389 P.3d 128

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Nicole NAMORDI, Defendant-Appellant**

**NO. CAAP-16-0000064**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
December 19, 2016.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT, KONA DIVISION (CASE NO. 3DCW-15-0000651)

MEMORANDUM OPINION

Vacated. Remanded.

■

389 P.3d 128

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**David T. CHAPPELL, Defendant-Appellant**

**NO. CAAP-15-0000430**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
December 22, 2016.

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT, WAILUKU DIVISION (CASE NO. 2DTA-14-00976)

SUMMARY DISPOSITION ORDER

Affirmed.

■

389 P.3d 128

**In the INTEREST OF K CHILDREN**

**NO. CAAP-16-0000199**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
December 23, 2016.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT (FC-S NO. 13-00072)

MEMORANDUM OPINION

Affirm.